# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUTHANN JOHNSTON,<br><br>    Plaintiff<br><br>v.<br><br>C.R. BARD, INC., BARD PERIPHERAL VASCULAR INC.,<br><br>    Defendants | 2:19-cv-01861-APG-BNW<br><br>**Order (1) Deeming Order To Show Cause Regarding Subject Matter Jurisdiction Satisfied and (2) Transferring Case to the Northern Division of This District** |

I previously ordered plaintiff Ruthann Johnston to show cause why this action should not be dismissed for lack of subject matter jurisdiction. ECF No. 25. Based on Johnston's response (ECF No. 36), I deem that order to show cause satisfied. I also ordered Johnston to show cause why this action should not be transferred to the unofficial northern division of this district. ECF No. 37; Local Rule IA 1-6. I advised Johnston that failure to respond to this order by January 29, 2020 would result in the transfer of this action to the northern division. ECF No. 37. Johnston did not respond. I therefore will order this case transferred to the unofficial northern division.

I THEREFORE ORDER that the order to show cause (ECF No. 25) is deemed satisfied.

I FURTHER ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the plaintiff regarding any federal limitation period and filing fee.

DATED this 3rd day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE